United States District Court
Southern District of Texas
**ENTERED**
August 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KASIM M RHYAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3599 |
| | § | |
| DW DIRECT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Parties in this case have filed an Agreed Motion to Dismiss (Doc. 68). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 3rd day of August, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE